# State of Delaware

# Department of Insurance

MATTHEW DENN
INSURANCE COMMISSIONER

841 SILVER LAKE BLVD.
DOVER, DELAWARE 19904-2465
(302) 739-4251
FACSIMILE (302) 739-5280

APRIL 6, 2005

**VIA CERTIFIED MAIL (70041160000647818429)**
**RETURN RECEIPT REQUESTED**

STONEBRIDGE LIFE INSURANCE COMPANY
29 SOUTH MAIN STREET
RUTLAND, VT 05702

RE: ESTATE OF THELMA J. MARR AND ELLIS D. MARR AS ADMINISTRATOR OF THE ESTATE OF THELMA J. MARR AND INDIVIDUALLY VS STONEBRIDGE LIFE INSURANCE COMPANY
SUPERIOR COURT CA NO. 05C-03-067-JTV

Dear SIR OR MADAM:

Pursuant to 18 Del. C. § 525, the Delaware Insurance Commissioner was served with the enclosed legal process on APRIL 5, 2005.

**Please do not send your response to the enclosed documentation to the Delaware Insurance Department. Instead, you should respond directly to the person or legal representative identified in the enclosed legal process.**

Sincerely,

Donna M. Wysopal

Donna M. Wysopal
Administrative Specialist III
Enclosure
cc: NICHOLAS RODRIQUEZ, ESQ.

LAW

APR-19-2005 16:19 AEGON DIRECT MARKETING 410 209 5926 P.02/25