IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF THELMA J. MARR, and ) <br> ELLIS D. MARR, AS ADMINISTRATOR ) <br> OF THE ESTATE OF THELMA J. MARR ) <br> And individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STONEBRIDGE LIFE INSURANCE ) <br> COMPANY, a foreign corporation, ) <br> ) <br> Defendant. ) | C.A. No. 05-243 |

## NOTICE OF SERVICE

**I HEREBY SERVE NOTICE** on this 29th day of April, 2005, that I served two copies of Answer to Complaint by first class, postage prepaid, mail to the following:

Nicholas H. Rodriguez, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19901

*MORGAN SHELSBY & LEONI*

/s/ Michael J. Logullo
MICHAEL J. LOGULLO
Mlogullo@mslde.com
131 Continental Drive, Suite 206
Newark, Delaware 19713
(302) 454-7430
Attorney for Defendant,
Stonebridge Life Insurance Company