IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF THELMA J. MARR and ELLIS D. MARR, as administrator of the Estate of Thelma J. Marr and individually, | * * * * * * | C.A. No.: 05-243-SLR |
| Plaintiffs, | * * | |
| v. | * * | |
| STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation, | * * * * | CERTIFICATE OF SERVICE |
| Defendant. | * | |

I certify that I have caused copies of the foregoing:

**PLAINTIFFS' ANSWERS TO RULE 26(a)(1) DISCOVERY REQUESTS**

to be served upon:   Michael J. Logullo, Esquire
            Morgan Shelsby & Leoni
            131 Continental Drive, Suite 206
            Newark, DE 19713

by mailing copies to him at his address as shown above.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D. #356
414 S. State Street
P.O. Box 497
Dover, DE  19903
302-674-0140
Attorney for Plaintiffs

DATED: 7-06-05
NHR:rp