IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF THELMA J. MARR and ELLIS D. MARR, as administrator of the Estate of Thelma J. Marr and individually,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | C.A. No.: 05-243-SLR<br><br><br><br><br><br><br><br><br>CERTIFICATE OF SERVICE |

I certify that I have caused copies of the foregoing:

**PLAINTIFFS' ANSWERS TO RULE 26(a)(1) DISCOVERY REQUESTS**

to be served upon:　Michael J. Logullo, Esquire
　　　　　　　　　　Morgan Shelsby & Leoni
　　　　　　　　　　131 Continental Drive, Suite 206
　　　　　　　　　　Newark, DE 19713

by mailing copies to him at his address as shown above.

　　　　　　　　　　　　　　　SCHMITTINGER & RODRIGUEZ, P.A.

　　　　　　　　　　　　　　　BY: /s/ Nicholas H. Rodriguez
　　　　　　　　　　　　　　　NICHOLAS H. RODRIGUEZ, ESQUIRE
　　　　　　　　　　　　　　　Bar I.D. #356
　　　　　　　　　　　　　　　414 S. State Street
　　　　　　　　　　　　　　　P.O. Box 497
　　　　　　　　　　　　　　　Dover, DE　19903
　　　　　　　　　　　　　　　302-674-0140
　　　　　　　　　　　　　　　Attorney for Plaintiffs

DATED: 7-06-05
NHR:rp