IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF THELMA J. MARR, and )<br>ELLIS D. MARR, AS ADMINISTRATOR )<br>OF THE ESTATE OF THELMA J. MARR )<br>And individually, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STONEBRIDGE LIFE INSURANCE )<br>COMPANY, a foreign corporation, )<br>)<br>Defendant. ) | C.A. No. 05-243-SLR |

NOTICE OF SERVICE

**I HEREBY SERVE NOTICE** on this 20th day of July, 2005, that I served two copies of Defendant Stonebridge Life Insurance Company's Answers to Rule 26(a)(1) Discovery Requests by the court's e-filing system and by first class, postage prepaid, mail to the following:

Nicholas H. Rodriguez, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19901

*MORGAN SHELSBY & LEONI*

/s/ Michael J. Logullo
MICHAEL J. LOGULLO
Mlogullo@mslde.com
131 Continental Drive, Suite 206
Newark, Delaware 19713
(302) 454-7430
Attorney for Defendant,
Stonebridge Life Insurance Company