IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF THELMA J. MARR and ELLIS D. MARR, as administrator of the Estate of Thelma J. Marr and individually, | * * * * * * | C.A. No.: 05-243-SLR |
| Plaintiffs, | * * | |
| v. | * * | |
| STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation, | * * * * | ORDER |
| Defendant. | * | |

At Wilmington this ____ day of _____, 200__, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties [have exchanged] [will exchange by **July 15, 2005**] the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects: the insurance policy and the underlying accident.

    (b) All discovery shall be commenced in time to be completed by February 2, 2006.

    (c) Maximum of  10  interrogatories by each party to any other party.

    (d) Maximum of **10** requests for admission by each party to any other party.

(e)   Maximum of **5** depositions by Plaintiff and **10** by Defendant.

(f)   Each deposition limited to a maximum of **2** hours unless extended by agreement of the parties.

(g)   Reports from retained experts under Rule 26(a)(2) on issues fore which any party has the burden of proof due by **February 2, 2005**. Rebuttal expert reports due by **March 2, 2006**.

(h)   **Discovery Dispute.**  Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37.  During the course of discovery, each party is limited to **two (2)** Rule 37 motions.  The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a prospective order.

3.   **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings and certify a class action shall be filed on or before **August 1, 2005**.

4.   **Settlement Conference.**  Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purpose of exploring ADR.

5.   **Applications by Motion.**  Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by  D. Del. LR 7.1.1.**

6. **Motions in Limine.** All motions in limine shall be filed on or before **May 18, 2006**. All responses to said motions shall be filed on or before **May 25, 2006**.

7. **Pretrial Conference.** A pretrial conference will be held on **June 1, 2006** at **4:30, p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

8. **Trial.** This matter is scheduled for a week bench trial commencing on **June 12, 13, 14, 15 and 16, 2006** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United State District Judge