IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF THELMA J. MARR, and ELLIS D. MARR, AS ADMINISTRATOR OF THE ESTATE OF THELMA J. MARR And individually,<br><br>Plaintiffs,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 05-243-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SERVICE

I HEREBY SERVE NOTICE on this 12th day of September, 2005, that I served two copies of Defendants' Request for Production of Documents Directed to Plaintiff by first class, postage prepaid, mail on the following:

Nicholas H. Rodriguez, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19901

MORGAN SHELSBY & LEONI

/s/ Michael J. Logullo
Michael J. Logullo
Mlogullo@mslde.com
131 Continental Drive
Suite 206
Newark, DE  19713
(302) 454-7430
Attorney for Defendant