## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ESTATE OF THELMA J. MARR and       :
ELLIS D. MARR, as administrator of    :
the Estate of Thelma J. Marr and     :
individually,                         :
                                 :
          Plaintiffs,     :
                                 :
       v.                :   Civil Action No. 05-243-SLR
                                 :
STONEBRIDGE LIFE INSURANCE      :
COMPANY, a foreign corporation,     :
                                 :
          Defendant.    :

## <u>ORDER</u>

At Wilmington this **28th** day of **September, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 9, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case.  **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE