IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF THELMA J. MARR, and ELLIS D. MARR, AS ADMINISTRATOR OF THE ESTATE OF THELMA J. MARR And individually, <br><br> Plaintiffs, <br><br> v. <br><br> STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-243 |

### STIPULATION TO AMEND ANSWER

It is hereby stipulated and agreed by and between all parties that defendant, Stonebridge Life Insurance Company is permitted to amend their Answer to include the affirmative defense of collateral estoppel.

MORGAN SHELSBY & LEONI

_____
MICHAEL J. LOGULLO, ESQUIRE
mlogullo@mslde.com
221 Main Street
Stanton, DE  19804
(302) 995-6210

DATED: October 5, 2005

SCHMITTINGER & RODRIGUEZ

/s/ Nicholas H. Rodriguez
NICHOLAS H. RODRIGUEZ
Nrodriguez@schmittrod.com
414 South State Street
P.O. Box 497
Dover, DE 19901
(302) 674-0140

DATE: 9/30/05