IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF THELMA J. MARR, and ELLIS D. MARR, AS ADMINISTRATOR OF THE ESTATE OF THELMA J. MARR And individually, | )<br>)<br>)<br>) | |
| | ) | C.A. No. 05-243 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation, | )<br>)<br>) | |
| Defendant. | ) | |

## AMENDED ANSWER OF DEFENDANT STONEBRIDGE LIFE INSURANCE COMPANY

1. Admitted.

2. Admitted.

3. Denied as stated.

4. Denied as stated.

5. Admitted.

6. Denied.

7. Denied.

8. Admitted.

9. Admitted.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs have failed to follow the terms and conditions of the subject Stonebridge Life Insurance policy.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred under the doctrine of estoppel.

## FORTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred under the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred under the doctrine of release.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred under the doctrine of collateral estoppel.

**WHEREFORE**, Defendant, Stonebridge Life Insurance Company, demands judgment be entered in its favor and against Plaintiffs, plus interest and cost of suit.

*MORGAN SHELSBY & LEONI*

/s/ Michael J. Logullo
MICHAEL J. LOGULLO
Mlogullo@mslde.com
131 Continental Drive, Suite 206
Newark, Delaware 19713
(302) 454-7430
Attorney for Defendant,
Stonebridge Life Insurance Company

**DATE:** October 5, 2005