IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF THELMA J. MARR, and ELLIS D. MARR, AS ADMINISTRATOR OF THE ESTATE OF THELMA J. MARR And individually, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No. 05-243 |

### NOTICE OF SERVICE

**I HEREBY SERVE NOTICE** on this 5th day of October, 2005, that I served two copies of Amended Answer of Defendant Stonebridge Life Insurance Company to Complaint by first class, postage prepaid, mail to the following:

　　Nicholas H. Rodriguez, Esquire
　　SCHMITTINGER & RODRIGUEZ, P.A.
　　414 South State Street
　　P.O. Box 497
　　Dover, DE 19901

　　　　　　　　　　**MORGAN SHELSBY & LEONI**


　　　　　　　　　　/s/ Michael J. Logullo
　　　　　　　　　　MICHAEL J. LOGULLO
　　　　　　　　　　mlogullo@mslde.com
　　　　　　　　　　221 Main Street
　　　　　　　　　　Stanton, DE 19804
　　　　　　　　　　(302) 995-6210
　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　*Stonebridge Life Insurance Company*