IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF THELMA J. MARR and ELLIS D. MARR, as administrator of the Estate of Thelma J. Marr and individually,  :  :  :  :  :  Plaintiffs,  :  :  v.  :  :  STONEBRIDGE LIFE INSURANCE COMPANY, a foreign corporation,  :  :  :  Defendant.  : | Civil Action No. 05-243-SLR |

## ORDER

At Wilmington this **8th** day of **November, 2005**.

IT IS ORDERED that the teleconference scheduled for Wednesday, November 9, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the status of the case is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE