IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF THELMA J. MARR, and<br>ELLIS D. MARR, AS ADMINISTRATOR<br>OF THE ESTATE OF THELMA J. MARR<br>And individually,<br><br>Plaintiffs,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE<br>COMPANY, a foreign corporation,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 05-243<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between all parties that the above-captioned case shall be dismissed with prejudice as to any and all claims made by any and all parties.

*MORGAN SHELSBY & LEONI*

11-11-05
DATE

MICHAEL J. LOGULLO
Mlogullo@mslde.com
221 Main Street
Stanton, DE 19804
(302) 995-6210

**SCHMITTINGER & RODRIGUEZ**

11/14/05
DATE

NICHOLAS H. RODRIGUEZ
nrodriguez@schmittrod.com
414 South State Street
P.O. Box 497
Dover, DE 19901
(302) 674-0140